**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6664**

---

DAVID MEYERS,

                                Plaintiff - Appellant,

       versus

CITY OF PETERSBURG, City Treasurer; RAY E.
RICHARDSON, Detective; B. B. RHODES,
Magistrate; CASSANDRA BURNS, Attorney of
Commonwealth,

                                Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-03-248)

---

Submitted: July 29, 2003           Decided: October 10, 2003

---

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Meyers, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Meyers appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint on the ground that his claim was not ripe for judicial determination. Meyers failed to preserve the issue for our review by failing to raise this issue in his informal brief. See 4th Cir. R. 34(b).

Accordingly, we affirm the judgment of the district court. We deny Meyers' motion for summary judgment, motion for right to a trial, bail and conflict free counsel and motion for "Offer to prove drug investigation 'kingpin' special trust account section 52-4.3 Code of Virginia" filed with this Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED